# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

| | |
|---|---|
| Wilbur Porter, II, | Case No. 23-42843 |
| | Chapter 13 |
| | Honorable Maria L. Oxholm |
| Debtor. | |
| _____/ | |

### ORDER OVERRULING TRUSTEE'S OBJECTION TO DEBTOR'S POST-CONFIRMATION PLAN MODIFICATION

On May 22, 2025, the Court issued an Opinion Overruling Trustee's Objection to Debtor's Post-Confirmation Plan Modification ("Opinion") (ECF No. 62). For the reasons set forth in the Opinion, all of which are incorporated herein, the Court rules as follows.

The Court holds that § 1325(b) is inapplicable to plan modifications.

The Court further holds that the Debtor's plan modification does not relitigate an issue that was or could have been litigated at confirmation, and thus, does not violate § 1327.

Finally, the Court holds that the Debtor's proposed plan modification is feasible and filed in good faith, and otherwise complies with § 1325(a)(3). Accordingly,

**IT IS HEREBY ORDERED** that the Trustee's Objection to Debtor's Post Confirmation Plan Modification is overruled.

**Signed on May 22, 2025**



/s/ Maria L. Oxholm
**Maria L. Oxholm**
**United States Bankruptcy Judge**